No. 71–207.  BIESKE ET AL. *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 71–331.  YEAGER, PRINCIPAL KEEPER *v.* SMITH. C. A. 3d Cir.  Certiorari denied.

No. 71–5004.  RUBY *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 71–5007.  LUDLOW *v.* NEW JERSEY.  C. A. 3d Cir. Certiorari denied.

No. 71–5010.  WEAVER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–5011.  RUSSELL *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 71–5012.  McDUFFIE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–5013.  WELTON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–5015.  GIRARD *v.* JOHNSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–5017.  WATERS *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 71–5018.  BROWN *v.* McLEAN, JUDGE.  C. A. 3d Cir.  Certiorari denied.

No. 71–5020.  SHEETS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–5021.  BOYDEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.